**No. 11-254. Zhouqun Iris Wei, Petitioner v. Missouri Director of Revenue.**

565 U.S. 945, 132 S. Ct. 425, 181 L. Ed. 2d 262, 2011 U.S. LEXIS 7305.

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of Missouri, Southern District, denied.

Same case below, 335 S.W.3d 558.

**No. 11-258. Janice Lawyer, et al., Petitioners v. Verizon Communications, Inc., et al.**

565 U.S. 945, 132 S. Ct. 426, 181 L. Ed. 2d 262, 2011 U.S. LEXIS 7432.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 434 Fed. Appx. 240.

**No. 11-263. Elton Montgomery, Petitioner v. Caprock Investment Corp.**

565 U.S. 945, 132 S. Ct. 427, 181 L. Ed. 2d 262, 2011 U.S. LEXIS 7320.

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Eleventh District, denied.

Same case below, 321 S.W.3d 91.

**No. 11-272. Jason Marchiondo, Petitioner v. Arizona.**

565 U.S. 945, 132 S. Ct. 427, 181 L. Ed. 2d 262, 2011 U.S. LEXIS 7282.

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One denied.

**No. 11-283. John Fox, Petitioner v. Joe Wardy, et al.**

565 U.S. 945, 132 S. Ct. 430, 181 L. Ed. 2d 262, 2011 U.S. LEXIS 7331,

October 11, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Eighth District, denied.

Same case below, 318 S.W.3d 449.

**No. 11-306. Alex Zakharia, Petitioner v. United States.**

565 U.S. 945, 132 S. Ct. 435, 181 L. Ed. 2d 262, 2011 U.S. LEXIS 7451.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 418 Fed. Appx. 414.

**No. 11-5171. William F. Happ, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 946, 132 S. Ct. 446, 181 L. Ed. 2d 262, 2011 U.S. LEXIS 7346.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.